No. 1039, Misc. ROGERS *v.* CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1041, Misc. ROBERTS *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied. *G. Kent Edwards,* Attorney General of Alaska, and *Robert K. Yandell* for respondent.

No. 1044, Misc. CORRADO ET UX. *v.* PROVIDENCE REDEVELOPMENT AGENCY ET AL. Sup. Ct. R. I. Certiorari denied. *Timothy J. McCarthy* and *Vincent Pallozzi* for respondents.

No. 1056, Misc. LEE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Sam Adam* and *Charles B. Evins* for petitioner. *Solicitor General Griswold* for the United States.

No. 1057, Misc. NEAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Mark I. Harrison* for petitioner. *Solicitor General Griswold* for the United States.

No. 1058, Misc. CZAKO *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1065, Misc. HOLLAND *v.* COINER, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 1067, Misc. SMITH *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1070, Misc. WHARTON *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.